BEFORE THE SECOND DIVISION, MARCH 18, 1958

**No. 61694.**—Keuffel & Esser Co. *v.* United States, protests 307277–K and 315475–K (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of boxes similar in all material respects to those the subject of Abstract 59557, the claim of the plaintiff was sustained.

**No. 61695.**—E. Leitz, Inc. *v.* United States, protest 287672–K (New York).

Opinon by RAO, J. In accordance with stipulation of counsel that the merchandise consists of fiber cases which are in chief value of wood, the claim of the plaintiff was sustained.

**No. 61696.**—Colin Douglas *v.* United States, protests 5476–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise are the same in all material respects as those the subject of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C. D. 1889), the claim of the plaintiff was sustained.